JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES G. KYPREOS, Trustee of the Kypreos Family Living Revocable Trust dated February 14, 2001; MARIA A. KYPREOS, Trustee of the Kypreos Family Living Revocable Trust dated February 14, 2001; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01986-RGK-RAO<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE [29]<br><br>Action Filed:　November 24, 2021<br>Trial Date:　　Not on Calendar |

///

///

///

1

[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Teresa Hicks' action against Defendants James G. Kypreos, and Maria A. Kypreos is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 31, 2022

Hon. R. Gary Klausner
United States District Judge